1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,        )      Case No.: 5:24-mj-00193
11                                        )
                      Plaintiff,          )      ORDER OF DETENTION PENDING
12                                        )      FURTHER REVOCATION
          v.                              )      PROCEEDINGS
13                                        )      (FED. R. CRIM. P. 32.1(a)(6); 18
MARYLIZA VELASQUEZ,              )      U.S.C. § 3143(a)(1))
14                                        )
                      Defendant.          )
15    _____)

16          The defendant having been arrested in this District pursuant to a warrant

17    issued by the United States District Court for the _____ District of

18    Utah_____ for alleged violation(s) of the terms and conditions of probation

19    or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21    Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22    A.  (×)    The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (×)    information in the Pretrial Services Report and Recommendation

26              (×)    information in the violation petition and report(s)

27              (×)    the defendant's nonobjection to detention at this time

28              ( )    other: _____

1

1          and/ or

2 B. (×)     The defendant has not met his/her burden of establishing by clear and

3          convincing evidence that he/she is not likely to pose a danger to the safety

4          of any other person or the community if released under 18 U.S.C.

5          § 3142(b) or (c).  This finding is based on the following:

6             (×)    information in the Pretrial Services Report and Recommendation

7             (×)    information in the violation petition and report(s)

8             (×)    the defendant's nonobjection to detention at this time

9             ( )    other: _____

10

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further

12 revocation proceedings.

13

14 Dated: 04/30/2024

                               SHASHI H. KEWALRAMANI

15                              UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28